UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :   19Cr0797 (DLC)
UNITED STATES OF AMERICA,           :
                                    :   ORDER
                -v-                 :
                                    :
CONRAD BAPTIST,                     :
                    Defendant.      :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

DENISE COTE, District Judge:

ORDERED that the sentencing previously scheduled for February 21, 2020 is adjourned to **March 5** at **2 p.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         February 26, 2020

                                     _____
                                     DENISE COTE
                                     United States District Judge