

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2020

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

Re: *United States v. Conrad Baptist*, 19 Cr. 797 (DLC)

Dear Judge Cote:

In preparation for filing its response to the defendant's appeal in the above-referenced matter, the Government respectfully requests that it be provided with a copy of any statement of reasons prepared in connection with the judgment in this case. (*See* ECF No. 16.)

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
Jarrod L. Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

cc: Amy Gallicchio, Esq. (via ECF)

Granted.
So Ordered: 10/6/2020

_____
DENISE COTE
United States District Judge