```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :    19cr0797 (DLC)
 UNITED STATES OF AMERICA,               :
                                         :         ORDER
              -v-                        :
                                         :
 CONRAD BAPTIST,                         :
                     Defendant.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 5, 2021, a letter from defendant Conrad Baptist dated March 27 was filed. It requests a copy of his docket sheet. It is hereby

ORDERED that attorney of record Amy Gallicchio of the Federal Defenders shall respond to Baptist's request.

SO ORDERED:

Dated:   New York, New York
         April 6, 2021

                              _____
                                       DENISE COTE
                              United States District Judge