

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:     ***United States v. Conrad Baptist*, 19 Cr. 797 (DLC)**

Dear Judge Cote:

The Government writes on behalf of both parties to respectfully request that the status conference scheduled for December 5, 2025, at 2:30 P.M. be adjourned to a date shortly after January 8, 2026, which is Mr. Baptist's next scheduled appearance in Bronx Criminal Court.

As the Court is aware, Mr. Baptist has been on supervised release since April 29, 2024. On October 28, 2025, Mr. Baptist's U.S. Probation Officer issued a violation report and request for a warrant (the "Violation Report"). The Violation Report included one specification: failure to report as directed, a grade C violation ("Specification 1"). On October 29, 2025, the Court signed a warrant for Mr. Baptist's arrest. On November 13, 2025, Mr. Baptist was presented on Specification 1.

On December 2, 2025, Probation issued an amended violation report, which includes nine additional specifications involving conduct also charged in two separate cases in Bronx Criminal Court. The next appearance for both state cases is presently scheduled for January 8, 2026, at 9:00 A.M. The parties respectfully request that the Court adjourn the conference scheduled for December 5, 2025 to a date shortly after January 8, 2026 to allow the parties to collect additional evidence relating to the state charges and to discuss a potential resolution to the specifications in the amended violation report.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Ariel Cohen
Assistant United States Attorney
(212) 637-2416

*[Handwritten:]* Granted. The conference is adjourned to 1/15/26 at 2:30 p.m.

*[Signed]* Denise Cote
12/3/25