# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Conrad Baptist*, 19 Cr. 797 (DLC)

Dear Judge Cote:

I write with the consent of the Government to request an adjournment of the status conference in the above captioned case currently scheduled for March 18, 2026.

By way of background, the amended violation report issued by Probation on December 2, 2025, sets forth ten specifications. Specifications 2 through 10 arise from conduct underlying two pending matters in Bronx Criminal Court. On March 16, 2026, the Bronx District Attorney's Office dismissed the case corresponding to Specification 10. The case corresponding to Specifications 2 through 9 has been adjourned to May 5, 2026, and the parties understand that it too will likely be dismissed.

Notwithstanding the dismissal of one state case and the anticipated dismissal of the other, the Government has not yet determined whether it will proceed with Specifications 2 through 10 of the violation report. In the meantime, the Government will produce discovery relevant to those specifications.

In light of the foregoing, I respectfully request that the Court adjourn the status conference for approximately three weeks. The additional time will allow the Government to finalize its position on Specifications 2 through 10, afford the defense an opportunity to review the relevant discovery, and permit the parties to explore a potential resolution of the amended violation report.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq
Federal Defenders of New York
917612-3274

*A status conference will be held on 4/9/26 at 3:30 pm.*

*Denise Cote*
*3/17/26*

Cc:   AUSA Ariel Cohen