UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :        19cr797 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :        ORDER
           -v-                            :
                                          :
CONRAD BAPTIST,                           :
                       Defendant.         :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     A hearing regarding the specifications of violation of

supervised release is scheduled in this case for June 10, 2026.

On May 15, this Court received the defendant's response to the

Government's motion in limine of April 27.  Accordingly, it is

hereby

     ORDERED that the Government shall file any reply by May 29,

2026.

Dated: New York, New York
       May 18, 2026

                          _____
                                    DENISE COTE
                          United States District Judge