

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 18, 2026

**BY ECF**

The hearing is adjourned to
7/2/26 at 2:00 pm.

*Denise Cote*
5/19/26

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Conrad Baptist*, 19 Cr. 797 (DLC)

Dear Judge Cote:

The Government respectfully writes with the consent of the defendant to request a short adjournment of the violation of supervised release hearing presently scheduled for June 10, 2026. The undersigned Assistant United States Attorney is now scheduled to appear before the Honorable Henry J. Ricardo for a bench trial on the same date.[1]

Pending the Court's ruling on the Government's motion to admit the out-of-court statements of Victim-1, the parties may be able to reach a resolution on the specifications alleged in the Amended Violation Report. In the event that an evidentiary hearing remains necessary, however, the parties have conferred and are available on the following dates: June 23 after 1:00 p.m.; June 24 after 1:00 p.m.; June 25; June 26; and June 30.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Ariel Cohen
Assistant United States Attorney
(212) 637-2416

cc:    Counsel of Record

---

[1] The bench trial before the Honorable Henry J. Ricardo was adjourned from May 11, 2026 to June 10, 2026.