# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2026

Granted. The sur-reply is due June 8, 2026.

*[signature]*
6/1/2026

**BY ECF and Email**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    *United States v. Conrad Baptist*, **19 Cr. 797 (DLC)**

Dear Judge Cote:

I write to respectfully request leave to file a sur-reply to the government's reply letter, filed May 29, 2026. ECF No. 44.  The government does not object to this request.  If leave is granted, I request a filing deadline of June 8, 2026.

On May 15, 2026, the defense filed its opposition to the government's motion in limine to admit certain out-of-court statements made by the alleged victim, ███████ ████████  Subsequent to that filing, on May 27, 2026, the government informed the defense that it had learned additional information about the alleged victim's criminal history and history of orders of protection filed against her and produced additional documentation to the defense accordingly.[1]  That information, together with additional facts uncovered through the defense's ongoing independent investigation, bears directly on the issues before the Court. A sur-reply would afford the defense an opportunity to

---

[1] That information included reports reflecting that the alleged victim was newly arrested on May 15, 2026, and charged with menacing in the second and third degrees, criminal possession of a weapon in the fourth degree, and harassment in the second degree. According to those reports, while highly intoxicated, Ms. ████ threatened her current boyfriend—a 62-year-old man—with a razor after he contacted police to report that she had taken his vehicle without his permission. As a result of that incident, her boyfriend expressed fear for his safety, and an order of protection was subsequently issued against Ms. ██████

bring this material to the Court's attention and to respond to legal arguments in the government's reply.

Respectfully submitted,

/s/ Amy Gallicchio

_____

Amy Gallicchio, Esq
Federal Defenders of New York
(917) 612-3274

Cc:   AUSA Ariel Cohen