UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :       19cr0797 (DLC)
    UNITED STATES OF AMERICA,           :
                                        :       ORDER
                -v-                     :
                                        :
    CONRAD BAPTIST,                      :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

A December 2, 2025 Violation Report alleges that defendant Conrad Baptist assaulted Victim-1 twice in October 2025. In November 2025, Victim-1 declined to cooperate with state prosecutors regarding those incidents, resulting in the dismissal of state charges against Baptist. Since then, the Government has made unsuccessful attempts to contact Victim-1 by phone and at two addresses where it believed she might be found to discuss the alleged assaults.

Baptist's Violation of Supervised Release Hearing is scheduled for July 2, 2026. The Government has moved in limine for the admission of Victim-1's out-of-court statements to police officers and medical professionals regarding the alleged assaults, arguing that good cause justifies Victim-1's absence from the Hearing. The defendant has opposed the motion, which became fully submitted on June 8, 2026.

Based on the parties' briefing, it appears likely that Victim-1 is represented by counsel in connection with her pending state court criminal cases.  Accordingly, it is hereby

ORDERED that the Government shall promptly contact Victim-1's counsel to advise counsel of the pending charges against Baptist, convey the parties' request for Victim-1's appearance at the Hearing, and inquire whether Victim-1 is willing to testify.

IT IS FURTHER ORDERED that the Government shall report the outcome of these communications to the Court as soon as possible.

Dated:    New York, New York
          June 9, 2026

_____
DENISE COTE
United States District Judge

2