

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2026

**BY ECF**

So ordered.



6/24/2026

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    ***United States v. Conrad Baptist*, 19 Cr. 797 (DLC)**

Dear Judge Cote:

In advance of the July 2, 2026 violation of supervised release ("VOSR") hearing, the Government respectfully requests that the Court enter an order directing the U.S. Probation Office ("Probation Office") to provide the Government with its chronology reports for the defendant that relate to the alleged violations. The requested order will allow the Government to review those reports in accordance with its discovery and Jencks Act obligations in preparation for the hearing. The Government understands that the Probation Office will not release the chronology reports without an order from the Court.

Accordingly, the Government respectfully requests that the Court "so-order" this letter directing the production of the defendant's chronology reports maintained by the Probation Office.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Ariel Cohen
Assistant United States Attorney
(212) 637-2416

cc:    Amy Gallicchio, Esq.
Latoya Harris, U.S. Probation Officer